FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

2000 AUG 30 AM 10: 27

SIGN_____
by DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DALE DENNIS, ET AL | CIVIL ACTION |
| VERSUS | |
| C.F. INDUSTRIES, INC. | NO. 00-404-D-M3 |

**AND**

| | |
|---|---|
| LILLIE MATERRE, ET AL | CIVIL ACTION |
| VERSUS | |
| C.F. INDUSTRIES, INC. | NO. 00-481-D-M3 |

**AND**

| | |
|---|---|
| JACKIE JOSEPH, ET AL | CIVIL ACTION |
| VERSUS | |
| C.F. INDUSTRIES, INC., ET AL | NO. 00-526-D-M3 |

**AND**

| | |
|---|---|
| SHAWANDA LAWRENCE, ET AL | CIVIL ACTION |
| VERSUS | |
| C.F. INDUSTRIES, INC., ET AL | NO. 00-544-D-M3 |

**AND**

| | |
|---|---|
| REGINALD PEDESCLEAUX | CIVIL ACTION |
| VERSUS | |
| C.F. INDUSTRIES, INC., ET AL | NO. 00-547-D-M3 |

**AND**

| | |
|---|---|
| ANTHONY STREET, SR., ET AL | CIVIL ACTION |
| VERSUS | |
| C.F. INDUSTRIES, INC., ET AL | NO. 00-579-D-M3 |

DKT. & ENTERED
DATE_____
NOTICE MAILED TO: Percy
DATE 9/1/00 BY pw  Rubin Atkinson

| ACTION | INITIALS | DOCKET # |
|---|---|---|
| PROCESSED | | 9 |

3

AND

GLORIA J. BRAXTON

VERSUS

C.F. INDUSTRIES, INC., ET AL

CIVIL ACTION

NO. 00-580-D-M3

AND

EATHAN K. LANDRY, ET AL

VERSUS

C.F. INDUSTRIES, INC.

CIVIL ACTION

NO. 00-581-D-M3

AND

VIVIAN FOLSE, ET AL

VERSUS

C.F. INDUSTRIES, INC.

CIVIL ACTION

NO. 00-582-D-M3

AND

SHAWN LETOULLE

VERSUS

C.F. INDUSTRIES, INC.

CIVIL ACTION

NO. 00-583-D-M3

AND

SHEILA SANDERS, ET AL

VERSUS

C.F. INDUSTRIES, INC.

CIVIL ACTION

NO. 00-584-D-M3

AND

WARREN WARD, ET AL

VERSUS

C.F. INDUSTRIES, INC., ET AL

CIVIL ACTION

NO. 00-585-D-M3

|  |  |
|---|---|
| AND | |
| SHAWANDA LARENCE, ET AL | CIVIL ACTION |
| VERSUS | NO. 00-586-D-M3 |
| C.F. INDUSTRIES, INC., ET AL | |
| AND | |
| CARL NICHOLAS, ET AL | CIVIL ACTION |
| VERSUS | NO. 00-587-D-M3 |
| C.F. INDUSTRIES, INC., ET AL | |

## O R D E R

**IT IS HEREBY ORDERED** that the above-captioned matters are hereby **CONSOLIDATED** into the lead case of **Dale Dennis, et al v. C.F. Industries, C.A. No. 00-404-D-M3.**

Baton Rouge, Louisiana, this 30th day of August, 2000.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE