FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

00 NOV 27 PM 2: 31

SIGN _____
by DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DALE DENNIS, ET AL. | CIVIL ACTION |
| VERSUS | |
| CF INDUSTRIES, INC. | NO. 00-404-D-M3 |

**AND**

| | |
|---|---|
| SHAWANDA LAWRENCE, ET AL. | CIVIL ACTION |
| VERSUS | |
| CF INDUSTRIES, INC., ET AL. | NO. 00-544-D-M3 |

### ORDER

For written reasons previously assigned, the motion to remand in *Shawanda Lawrence, et al. v. CF Industries, Inc.,* No. 00-544-D-M3, is **GRANTED**; and, said action, pursuant to 28 U.S.C. § 1447(c), is **REMANDED** to the Twenty-Third Judicial District Court, Parish of Ascension, State of Louisiana, for lack of jurisdiction over the subject matter.

Baton Rouge, Louisiana, this 27th day of November, 2000.

_____
MAGISTRATE JUDGE DOCIA L. DALBY

DKT. & ENTERED

DATE _____
NOTICE MAILED TO:
DATE 11/27/00  BY bw

| INITIALS | DOCKET# |
|---|---|
| bw | 10 |